THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES F. KENNEDY, Respondent, *v.* THOMAS J. BRADY, Commissioner of Buildings for the Boroughs of Manhattan and the Bronx, Appellant.

(Submitted March 25, 1901; decided April 16, 1901.)

Motion for reargument denied, with ten dollars costs. (See 166 N. Y. 44.)

---

MATTHEW BAIRD, Respondent and Appellant, *v.* JOHN C. SHEEHAN et al., Appellants and Respondents.

*Baird* v. *Sheehan*, 38 App. Div. 7, affirmed.
(Argued April 2, 1901; decided April 23, 1901.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1899, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee.

*Edward Browne* for defendants, appellants and respondents.

*J. Woolsey Shepard* for plaintiff, respondent and appellant.

Judgment affirmed, without costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.